IN THE UNITED STATES DISTRICT COURT OF THE
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| TROY BLANTON and PEGGY BLANTON, | * * * |
| Plaintiffs, | * * |
| v. | * Case No. 3:07CV980-WKW * |
| DOUGLAS A. GEIST and STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, | * * * * |
| Defendants. | * |

RECEIVED

2007 OCT 31  P 4: 25

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

## DEFENDANT DOUGLAS A. GEIST'S NOTICE OF REMOVAL

Comes now the Defendant Douglas A. Geist (hereinafter, "Geist") in the above-styled cause and files this Notice of Removal of said action from the Circuit Court of Chambers County, Alabama to the United States District Court for the Middle District of Alabama, Eastern Division, and shows and represents unto the Court as follows:

### I.   NARRATIVE STATEMENT OF FACTS

1.  This lawsuit is a civil action within the meaning of the Acts of Congress relating to removal of cases.

2.  On September 25, 2007, the Plaintiffs Troy Blanton and Peggy Blanton (hereinafter, the "Plaintiffs") commenced an action in the Circuit Court of Chambers County, Alabama, entitled, *Troy Blanton and Peggy Blanton v. Douglas A. Geist and State Farm Mutual Automobile Insurance Company*, CV 2007-272, by filing a Complaint. (Copies of the Civil

Cover Sheet, the Summons issued to Geist, the Summons issued to State Farm, and the Complaint are attached hereto as Exhibit "A.").

3. On October 2, 2007, the Summons and Complaint were served upon State Farm.

4. On October 15, 2007, the Summons and Complaint were served upon Geist.

5. The Plaintiffs are, and were at the time of the institution of this civil action, and at all times intervening, citizens and residents of the State of Alabama. (*See* Complaint at ¶¶1-2, Exhibit "A").

6. The Complaint correctly states that State Farm is a corporation doing business in Chambers County, Alabama. However, for purposes of removal, State Farm is, and was at the time of the institution of this civil action, a corporation incorporated under the laws of the State of Illinois, having its principal place of business in the State of Illinois.

7. The Complaint incorrectly alleges that Geist is a resident of Tallapoosa County, Alabama. To the contrary, Geist is, and was at the time of the institution of this civil action, and at all times intervening, a citizen and resident of the State of South Carolina.

8. This action is removed pursuant to 28 U.S.C. § 1332 because (1) complete diversity of citizenship exists between the Plaintiffs and the Defendants and (2) the amount in controversy exceeds the sum or value of $75,000.00, exclusive of interest and costs.

## II. LAW

### A. Complete diversity exists.

9. There is complete diversity between the Plaintiffs and the Defendants. The Plaintiffs are resident citizens of the State of Alabama. Geist is a resident citizen of the State of South Carolina. State Farm's citizenship for removal purposes is the State of Illinois.

### B. Removal is timely.

10. State Farm was served on October 2, 2007 and is, thus, the first-served Defendant. Because this Notice of Removal is filed within thirty days of initial service of the original Complaint on State Farm, the first-served Defendant, it is timely under 28 U.S.C. § 1446(b).

### C. All procedural requirements are completed.

11. Copies of all process, pleadings, and other papers served on or received by Geist are attached hereto as Exhibit "A." The Circuit Clerk of Chambers County, Alabama has been notified of this removal.

### D. The amount in controversy exceeds $75,000.00.

12. The matter in dispute in said suit, and for which suit is brought, exceeds the sum of Seventy-Five Thousand and 00/100 Dollars ($75,000.00), excluding all interests and costs, in that the Complaint makes the following allegations:

   (a) Paragraph 5 of the Complaint alleges negligence and wantonness by Geist in causing a motor vehicle accident on August 21, 2007.

   (b) Paragraph 6 of the Complaint also alleges that the Plaintiff Troy Blanton was caused to suffer injuries to his neck, back, face, legs, feet, and shoulder, that the

Plaintiff Troy Blanton has incurred and will incur in the future great sums of medical expenses and bills, that the Plaintiff Troy Blanton was caused to suffer emotional distress and mental anguish, that the Plaintiff Troy Blanton was permanently injured, and that the Plaintiff Troy Blanton suffered property damage.

(c) While the names are incorrect, it appears that the Plaintiff Peggy Blanton is also making a loss of consortium claim.

13. Geist has $50,000.00/$100,000.00 in liability coverage, and the Plaintiffs are claiming underinsured motorist benefits from State Farm beyond that sum.

14. Further, the Plaintiffs are alleging that Geist was under the influence of alcohol at the time of the accident. *See* Exhibit "B" attached hereto. Moreover, counsel for the Plaintiffs has recently demanded $500,000.00 or Geist's policy limits to settle this matter. *Id.*

15. Clearly, the Plaintiffs' claims appear to exceed the required amount in controversy, which is $75,000.00, exclusive of interest and costs.

E. **State Farm consents to removal.**

16. Geist filed this removal. State Farm consents to the removal. *See* Exhibit "C" attached hereto.

F. **All prerequisites for removal have been satisfied.**

17. As set forth above, this Notice of Removal has been filed within 30 days of service on State Farm, the first-served Defendant.

18. The United States District Court for the Middle District of Alabama has original jurisdiction of this civil action pursuant to 28 U.S.C. § 1332 and 28 U.S.C. § 1446, because the matter in controversy exceeds the sum or value of $75,000.00, exclusive of interest and costs, and it is between citizens (one being a corporation) of different States.

19. Geist will promptly upon the filing of the Notice of Removal give written notice thereof to the Plaintiffs and file a copy of said Notice of Removal with the Clerk of the Circuit Court of Chambers County, Alabama.

WHEREFORE, the Defendant Douglas A. Geist, desiring to remove this case to the United States District Court for the Middle District of Alabama, Eastern Division, being the district and division of said Court for the County in which said action is pending, prays that the filing of this Notice of Removal with this Court and the filing of the Notice of Filing Notice of Removal with the Clerk of the Circuit Court of Chambers County, Alabama shall effect the removal of said suit to this Court.

/s/ S. Allen Martin, Jr.
Stanley A. Martin (MAR049)
S. Allen Martin, Jr. (MAR149)
Post Office Box 2526
Opelika, Alabama 36803-2526
(334) 749-4142
(334) 749-4131 (FAX)
Attorneys for Defendant Douglas A. Geist
amartin@stanmartinlaw.com
smartin@stanmartinlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that I have this day served a correct copy of the foregoing Defendant Douglas A. Geist's Notice of Removal upon the following counsel of record, by depositing a copy of same in the United States Mail, properly addressed with first class postage prepaid thereon.

Honorable Timothy L. Dillard
Fourth Floor, Berry Building
2015 2nd Avenue North, Suite 400
Birmingham, Alabama 35203

Honorable T. Randall Lyons
Webster, Henry, Lyons & White, P.C.
132 N. Gay Street, Suite 209
Auburn, Alabama 36830

This 31st day of October, 2007.

_____
Stanley A. Martin
S. Allen Martin, Jr.

| State of Alabama Unified Judicial System<br>Form ARCiv-93  Rev.5/99 | COVER SHEET<br>CIRCUIT COURT – CIVIL CASE<br>(Not For Domestic Relations Cases) | Case Number<br>C V ☐☐☐☐ ☐☐☐☐ ☐☐ - ☐☐<br>Date of Filing:   Judge Code:<br>☐☐ ☐☐ ☐☐☐☐       ☐☐☐☐☐☐<br>Month  Day  Year |
|---|---|---|

## GENERAL INFORMATION

IN THE CIRCUIT COURT OF _____Chambers County_____, ALABAMA
(Name of County)

_____Troy Blanton, et al._____ v. _____Douglas A. Geist, et al._____
Plaintiff                                                                  Defendant

**First Plaintiff:** ☐ Business  ☑ Individual  ☐ Government  ☐ Other
**First Defendant:** ☐ Business  ☑ Individual  ☐ Government  ☐ Other

**NATURE OF SUIT:** Select primary cause of action, by checking box (check only one) that best characterizes your action:

**TORTS: PERSONAL INJURY**
- ☐ WDEA – Wrongful Death
- ☐ TONG – Negligence: General
- ☑ TOMV – Negligence: Motor Vehicle
- ☐ TOWA – Wantonness
- ☐ TOPL – Product Liability/AEMLD
- ☐ TOMM – Malpractice-Medical
- ☐ TOLM – Malpractice-Legal
- ☐ TOOM – Malpractice-Other
- ☐ TBFM – Fraud/Bad Faith/Misrepresentation
- ☐ TOXX – Other: ____

**TORTS: PERSONAL INJURY**
- ☐ TOPE – Personal Property
- ☐ TORE – Real Property

**OTHER CIVIL FILINGS**
- ☐ ABAN – Abandoned Automobile
- ☐ ACCT – Account & Nonmortgage
- ☐ APAA – Administrative Agency Appeal
- ☐ ADPA – Administrative Procedure Act
- ☐ ANPS – Adults in Need of Protective Services

**OTHER CIVIL FILINGS (cont'd)**
- ☐ MSXX – Birth/Death Certificate Modification/Bond Forfeiture Appeal/Enforcement of Agency Subpoena/Petition to Preserve
- ☐ CVRT – Civil Rights
- ☐ COND – Condemnation/Eminent Domain/Right-of-Way
- ☐ CTMP – Contempt of Court
- ☐ CONT – Contract/Ejectment/Writ of Seizure
- ☐ TOCN – Conversion
- ☐ EQND – Equity Non-Damages Actions/Declaratory Judgment/Injunction Election Contest/Quiet Title/Sale For Division
- ☐ CVUD – Eviction Appeal/Unlawful Detainer
- ☐ FORJ – Foreign Judgment
- ☐ FORF – Fruits of Crime Forfeiture
- ☐ MSHC – Habeas Corpus/Extraordinary Writ/Mandamus/Prohibition
- ☐ PFAB – Protection From Abuse
- ☐ FELA – Railroad/Seaman (FELA)
- ☐ RPRO – Real Property
- ☐ WTEG – Will/Trust/Estate/Guardianship/Conservatorship
- ☐ COMP – Workers' Compensation
- ☐ CVXX – Miscellaneous Circuit Civil Case

*FILED IN OFFICE THIS SEP 25 2007 CHARLES W. STORY CIRCUIT CLERK CHAMBERS COUNTY, ALABAMA*

**ORIGIN** (check one):  F ☑ INITIAL FILING    A ☐ APPEAL FROM DISTRICT COURT    O ☐ OTHER: ____
R ☐ REMANDED    T ☐ TRANSFERRED FROM OTHER CIRCUIT COURT

**HAS JURY TRIAL BEEN DEMANDED?** ☑ YES ☐ NO   Note: Checking "Yes" does not constitute a demand for a jury trial. (See Rules 38 and 39, Ala.R.Civ.P., for procedure)

**RELIEF REQUESTED:** ☑ MONETARY AWARD REQUESTED   ☐ NO MONETARY AWARD REQUESTED

**ATTORNEY CODE:** D I L 0 0 3    9/25/07    _signature_
Date                Signature of Attorney/Party filing this form

**MEDIATION REQUESTED:** ☐ YES ☐ NO ☐ UNDECIDED

**EXHIBIT A**

| State of Alabama<br>Unified Judicial System<br><br>Form C-34    Rev 6/88 | SUMMONS<br>-CIVIL- | Case Number |
|---|---|---|

IN THE _____Circuit_____ COURT OF _____Chambers_____ COUNTY

Plaintiff _____Troy Blanton, et al._____ v. Defendant _____Douglas A. Geist, et al._____

NOTICE TO _____Douglas A. Geist_____
_____168 Christian Street, ALex City, AL 35010_____

THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF OR PLAINTIFF'S ATTORNEY _____Timothy L. Dillard_____ WHOSE ADDRESS IS _____2015 Second Ave N, Fourth Floor Berry Building_____
_____Birmingham, AL 35203, (205) 251-2823_____.

THIS ANSWER MUST BE MAILED OR DELIVERED WITHIN ___30___ DAYS AFTER THIS SUMMONS AND COMPLAINT WERE DELIVERED TO YOU OR A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT.

**TO ANY SHERIFF OR ANY PERSON AUTHORIZED** by the Alabama Rules of Civil Procedure:

☐ You are hereby commanded to serve this summons and a copy of the complaint in this action upon the defendant.

☐ Service by certified mail of this summons is initiated upon the written request of _____
pursuant to the Alabama Rules of Civil Procedure.

Date _____                                                                 By: _____
                                                                     Clerk/Register

FILED
SEP 2 5 2007
OFFICE THIS
CIRCUIT CLERK
CHAMBERS COUNTY, ALABAMA

☑ Certified Mail is hereby requested.        /s/ Timothy L. Dillard
                                             Plaintiff's/Attorney's Signature

**RETURN ON SERVICE:**

☐ Return receipt of certified mail received in this office on _____ .
                                                                    (Date)
☐ I certify that I personally delivered a copy of the Summons and Complaint to _____
_____ in _____ County,
Alabama on _____ .
         (Date)

Date _____              Server's Signature _____

Type of Process Server _____     Address of Server _____

                                         Phone Number of Server _____

| State of Alabama<br>Unified Judicial System<br><br>Form C-34    Rev 6/88 | SUMMONS<br>-CIVIL- | Case Number |
|---|---|---|

IN THE _____Circuit_____ COURT OF _____Chambers_____ COUNTY

Plaintiff _____Troy Blanton, et al._____ v. Defendant _____Douglas A. Geist, et al._____

NOTICE TO _____State Farm Insurance Company; c/o Tom Larkin_____
_____100 State Farm Parkway; Birmingham, AL 35297_____

THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF OR PLAINTIFF'S ATTORNEY _____Timothy L. Dillard_____ WHOSE ADDRESS IS _____2015 Second Ave N, Fourth Floor Berry Building_____
_____Birmingham, AL 35203, (205) 251-2823_____

THIS ANSWER MUST BE MAILED OR DELIVERED WITHIN __30__ DAYS AFTER THIS SUMMONS AND COMPLAINT WERE DELIVERED TO YOU OR A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT.

**TO ANY SHERIFF OR ANY PERSON AUTHORIZED** by the Alabama Rules of Civil Procedure:

☐ You are hereby commanded to serve this summons and a copy of the complaint in this action upon the defendant.

☐ Service by certified mail of this summons is initiated upon the written request of _____ pursuant to the Alabama Rules of Civil Procedure.

Date _____ Clerk/Register _____ By: _____

FILED IN OFFICE THIS
SEP 2 5 2007
CHARLES W. STORY
CIRCUIT CLERK
CHAMBERS COUNTY, ALABAMA

☑ Certified Mail is hereby requested.  /s/ Timothy L. Dillard
Plaintiff's/Attorney's Signature

RETURN ON SERVICE:

☐ Return receipt of certified mail received in this office on _____ (Date)

☐ I certify that I personally delivered a copy of the Summons and Complaint to _____ in _____ County, Alabama on _____ (Date).

Date _____    Server's Signature _____

Type of Process Server _____    Address of Server _____

Phone Number of Server _____

IN THE CIRCUIT COURT OF CHAMBERS COUNTY, ALABAMA

TROY BLANTON, an individual, and )
PEGGY BALNTON, an individual, )
)
Plaintiffs, )
)
v. ) Civil Action No: _____
)
DOUGLAS A. GEIST, an individual; )
STATE FARM MUTUAL AUTOMOBILE )
INSURANCE COMPANY, a corporation; )
Defendants 3, 4, and 5, those persons, )
firms or corporations for whose benefit )
the vehicle involved in the incident made the )
basis of this complaint was being operated; )
Defendants 6, 7, and 8, those persons, firms or )
entities who owned and/or negligently entrusted )
the vehicles in question to William Carter; )
Defendants 9, 10, and 11, those persons, firms or )
corporations responsible for the inspection, )
maintenance and repair of the vehicle involved )
in the incident made the basis of this )
complaint; Defendants 12, 13, and 14, the )
persons or institutions responsible for the )
incident made the basis of the complaint; )
Defendants 15, 16, and 17, the owners, )
operators and/or employers of the operator )
of the vehicle involved in the incident made the )
basis of this complaint; whose true names and )
legal identities are unknown at this time but will )
be added by amendment when ascertained, )
)
Defendants. )



FILED IN OFFICE THIS

SEP 2 5 2007

CHARLES W. STORY
CIRCUIT CLERK
CHAMBERS COUNTY, ALABAMA

## COMPLAINT

### Count One

Negligence/Wantonness

1. The Plaintiff, Troy Blanton, is over the age of nineteen (19) and is a resident of Lafayette, Chambers County, Alabama.

2. The Plaintiff, Peggy Blanton, is over the age of nineteen (19) and is a resident of Lafayette, Chambers County, Alabama.

3. The Defendant, Douglas A. Geist, is a resident of Alex City, Tallapoosa County, Alabama.

4. The Defendant, State Farm Mutual Automobile Insurance Company, is a corporation doing business in Chambers County, Alabama.

5. On or about August 21, 2007, the Defendant, Douglas A. Geist, was driving a vehicle, VIN#:1FMRU17L7WLB02058, which by his negligent and or wanton conduct collided with the vehicle the Plaintiff, Troy Blanton, occupied to wit: on US 431 at the intersection of County Road 22 and County Road 23 in Chambers County, Alabama.

6. As a direct and proximate consequence of the Defendants' negligence and/or wantonness, the Plaintiffs suffered the following injuries and damages:

> The Plaintiff, Troy Blanton, suffered injuries to his neck, back, face, legs, feet, and shoulder; Plaintiff was bruised and contused about the various and separate parts of his body; Plaintiff incurred and in the future will incur great sums of medical expenses and bills to heal and cure his injuries; Plaintiff was caused to suffer severe emotional distress and mental anguish; Plaintiff was permanently injured; Plaintiff suffered property damage.

> The Plaintiff, Linda Carreker, was caused to suffer the loss of consortium of her husband, Roger Carreker.

WHEREFORE, the Plaintiffs demand judgment of the Defendants in an amount in excess of TEN THOUSAND DOLLARS ($10,000.00) to be determined by a jury in compensatory and punitive damages, plus interest and costs of court.

### Count Two

**Uninsured/Underinsured Motorist Benefits**

7. Plaintiffs adopt and reallege paragraphs one (1) through six (6) of the Complaint herein and further aver that:

8. At the time of the incident made the basis of this lawsuit, the Defendant, Douglas A. Geist, was an uninsured and/or underinsured motorists.

9. Plaintiffs further aver that in accordance with the terms of the contract, the Defendant, State Farm Mutual Automobile Insurance Company, is obligated to pay for some or all of the Plaintiff's injuries and damages.

10. At the time of said incident made the basis of this Complaint, the Plaintiffs were engaged in a valid contractual relationship with the Defendant, State Farm Mutual Automobile Insurance Company.

11. Said contract provided uninsured/underinsured motorist coverage. At the time of said incident all contractual requirements were met and said contract was in full force and effect.

WHEREFORE, the Plaintiffs demand judgment of the Defendants in an amount in excess of TEN THOUSAND DOLLARS ($10,000.00) to be determined by a jury in compensatory and punitive damages, plus interest and costs of court.

### Count Three

12. Plaintiffs reallege and incorporate paragraphs one (1) through eleven (11) of the Complaint herein and further aver that:

13. Defendants 3, 4, and 5 are those persons, firms or corporations for whose benefit the vehicle involved in the incident made the basis of this complaint was being operated.

WHEREFORE, the Plaintiffs demand judgment of the Defendants in an amount in excess of TEN THOUSAND DOLLARS ($10,000.00) to be determined by a jury in compensatory and

punitive damages, plus interest and costs of court.

### Count Four

14. Plaintiffs reallege and incorporate paragraphs one (1) through thirteen (13) of the Complaint herein and further aver that:

15. Defendants 6, 7, and 8 are those persons, firms or entities who owned and/or negligently entrusted the vehicle in question to Defendant Douglas A. Geist.

WHEREFORE, the Plaintiffs demand judgment of the Defendants in an amount in excess of TEN THOUSAND DOLLARS ($10,000.00) to be determined by a jury in compensatory and punitive damages, plus interest and costs of court.

### Count Five

16. Plaintiffs reallege and incorporate paragraphs one (1) through fifteen (15) of the Complaint herein and further aver that:

17. Defendants 9, 10, and 11 are those persons, firms or corporations responsible for the inspection, maintenance and repair of the vehicle made the basis of this Complaint.

WHEREFORE, the Plaintiffs demand judgment of the Defendants in an amount in excess of TEN THOUSAND DOLLARS ($10,000.00) to be determined by a jury in compensatory and punitive damages, plus interest and costs of court.

### Count Six

18. Plaintiffs reallege and incorporate paragraphs one (1) through seventeen (17) of the Complaint herein and further aver that:

19. Defendants 12, 13, and 14 are the persons or institutions responsible for the incident made the basis of the Complaint.

WHEREFORE, the Plaintiffs demand judgment of the Defendants in an amount in excess

of TEN THOUSAND DOLLARS ($10,000.00) to be determined by a jury in compensatory and punitive damages, plus interest and costs of court.

### Count Seven

20. Plaintiffs reallege and incorporates paragraphs one (1) through nineteen (19) of the Complaint herein and further aver that:

21. Defendants 15, 16, and 17 are the owners, operators and/or employers of the operator of the vehicle which collided with the vehicle in which Plaintiffs were occupying on the occasion of the accident made the basis of this Complaint.

WHEREFORE, the Plaintiffs demand judgment of the Defendants in an amount in excess of TEN THOUSAND DOLLARS ($10,000.00) to be determined by a jury in compensatory and punitive damages, plus interest and costs of court.

DILLARD & ASSOCIATES, L.L.C.
Attorneys for the Plaintiffs

Timothy L. Dillard (DIL 003)
The Berry Building, Suite 400
2015 Second Avenue North
Birmingham, Alabama 35203
(205) 251-2823

**Trial Counsel:**
Timothy L. Dillard
Stewart Wilbanks

**\*\* PLAINTIFFS DEMAND TRIAL BY STRUCK JURY\*\***

_____
OF COUNSEL

**Defendants' Addresses:**                          (Please serve all by certified mail)

**Douglas A. Geist**
168 Christian Street
Alex City, Alabama 35010

**State Farm Mutual Automobile Insurance Company**
c/o Tom Larkin
100 State Farm Parkway
Birmingham, Alabama 35297

CHARLES W. STO[F]
Circuit Clerk
5th Judicial Circu[it]
Lafayette, Alabama 36862

7006 2760 0004 4501 4527

REC'D EXECUTIVE
OCT 0 3 2007

1390 U.S. POSTAGE  P85557517
$5.05 SEP 24 2007
8474 MAILED FROM ZIP CODE 35243

STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY
C/O TOM LARKIN
100 STATE FARM PARKWAY
BIRMINGHAM, ALABAMA 35297

LAW OFFICES
# DILLARD AND ASSOCIATES, L.L.C.
FOURTH FLOOR, BERRY BUILDING
2015 SECOND AVENUE NORTH
BIRMINGHAM, ALABAMA 35203

TIMOTHY L. DILLARD
STEWART S. WILBANKS

TELEPHONE
(205) 251-2823
FACSIMILE
(205) 251-8552
E-MAIL: dillardandassoc@aol.com

October 11, 2007

William Lemmond
3320 Skyway Drive, Suite 808
Opelika, AL 36801

Re:  Our Client:       Troy Blanton
     Date of Accident: 8/21/07
     Your Insured:     Douglas A. Geist

Dear Mr. Lemmond:

Enclosed is a copy of the complaint we have filed on behalf of Mr. Troy Blanton.

Our investigation of this incident indicates not only was your insured at fault but that he was intoxicated and has an impressive record of drinking and driving. In the event you are interested in paying $500,000.00, or your policy limits, prior to engaging your attorneys please contact the undersigned.

We look forward to your response or that of your attorney.

Sincerely,

Timothy L. Dillard

TLD/gd
Enclosures

EXHIBIT
B

IN THE UNITED STATES DISTRICT COURT OF THE
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

RECEIVED
2007 OCT 31  P 4: 25

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| | |
|---|---|
| TROY BLANTON and PEGGY BLANTON, | * * * |
| Plaintiffs, | * * |
| v. | * * |
| DOUGLAS A. GEIST and STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, | * * * * |
| Defendants. | * |

Case No. _____

## JOINDER IN NOTICE OF REMOVAL

The Defendant State Farm Mutual Automobile Insurance Company, with full reservation of all rights, claims, and defenses, hereby consents and joins in the removal of this cause by co-Defendant Douglas A. Geist from the Circuit Court of Chambers County, Alabama to the United States District Court for the Middle District of Alabama, Eastern Division.

_____
T. Randall Lyons (LYO06)
Attorney for Defendant State Farm
Mutual Automobile Insurance Company
Webster, Henry, Lyons & White, P.C.
Auburn Bank Center
132 N. Gay Street, Suite 209
Auburn, AL 36830
(334) 887-0111
randy@whlpc.com

1

EXHIBIT C

## CERTIFICATE OF SERVICE

I hereby certify that I have this day served an exact copy of the foregoing upon the following counsel of record, by delivering a copy of same in the United States Mail, properly addressed with first class postage prepaid thereon.

Honorable Timothy L. Dillard
Fourth Floor, Berry Building
2015 2nd Avenue North, Suite 400
Birmingham, Alabama 35203

Honorable Stanley A. Martin
Honorable S. Allen Martin, Jr.
P.O. Box 2526
Opelika, Alabama 36803-2526

This 31st day of October, 2007.

_____
T. Randall Lyons

```
DUPLICATE

Court Name: U S DISTRICT COURT - AL/M
Division: 2
Receipt Number: 4602001022
Cashier ID: brobinso
Transaction Date: 11/01/2007
Payer Name: STANLEY MARTIN ATTY
-----------------------------------
CIVIL FILING FEE
 For: STANLEY MARTIN ATTY
 Case/Party: D-ALM-3-07-CV-000980-001
 Amount:         $350.00
-----------------------------------
CHECK
 Check/Money Order Num: 6211
 Amt Tendered: $350.00
-----------------------------------
Total Due:      $350.00
Total Tendered: $350.00
Change Amt:     $0.00

BLANTON ET AL  V.  GEIST ET AL
```