IN THE UNITED STATES DISTRICT COURT OF THE
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| TROY BLANTON and PEGGY BLANTON, | * |
| Plaintiffs, | * |
| v. | * Case No. 3:07CV980-WKW |
| DOUGLAS A. GEIST and STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, | * * * |
| Defendants. | * |

## CERTIFICATE

I, S. Allen Martin, Jr., one of the attorneys for the Defendant Douglas A. Geist, in the above-styled cause, do hereby certify that I have on this 31st day of October, 2007, served a copy of this Notice of Removal for the above-styled cause from the Circuit Court of Chambers County, Alabama, to the United States District Court for the Middle District of Alabama, Eastern Division, upon the Honorable Timothy L. Dillard, attorney for the Plaintiffs Troy Blanton and Peggy Blanton, by mailing a copy of the same to his proper mailing address of 2015 2nd Avenue North, Suite 400, Birmingham, Alabama 35203, and upon the Honorable T. Randall Lyons, attorney for the Defendant State Farm Mutual Automobile Insurance Company, by mailing a copy of the same to his proper mailing address of 132 N. Gay Street, Suite 209, Auburn, Alabama 36830.

I do further certify that I have this 31st day of October, 2007, served a copy of the Notice of Removal with the Clerk of the Circuit Court of Chambers County, Alabama, by mailing a

copy of said Notice of Removal to the Honorable Charles Story, Clerk of the Circuit Court of Chambers County, Alabama, to his proper mailing address of #2 Lafayette Street, Lafayette, Alabama 36862.

_____
Stanley A. Martin (MAR049)
S. Allen Martin, Jr. (MAR149)
Post Office Box 2526
Opelika, Alabama 36803-2526
(334) 749-4142
(334) 749-4131 (FAX)
Attorneys for Defendant Douglas A. Geist
amartin@stanmartinlaw.com
smartin@stanmartinlaw.com
