IN THE UNITED STATES DISTRICT COURT OF THE
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| TROY BLANTON and PEGGY BLANTON, | * |
| Plaintiffs, | * |
| v. | * Case No. 3:07CV980-WKW |
| DOUGLAS A. GEIST and STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, | * |
| Defendants. | * |

2007 OCT 31 P 4: 27

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

## JOINDER IN NOTICE OF REMOVAL

The Defendant State Farm Mutual Automobile Insurance Company, with full reservation of all rights, claims, and defenses, hereby consents and joins in the removal of this cause by co-Defendant Douglas A. Geist from the Circuit Court of Chambers County, Alabama to the United States District Court for the Middle District of Alabama, Eastern Division.

T. Randall Lyons (LYO06)
Attorney for Defendant State Farm
Mutual Automobile Insurance Company
Webster, Henry, Lyons & White, P.C.
Auburn Bank Center
132 N. Gay Street, Suite 209
Auburn, AL 36830
(334) 887-0111
randy@whlpc.com

1

## CERTIFICATE OF SERVICE

I hereby certify that I have this day served an exact copy of the foregoing upon the following counsel of record, by delivering a copy of same in the United States Mail, properly addressed with first class postage prepaid thereon.

Honorable Timothy L. Dillard
Fourth Floor, Berry Building
2015 2nd Avenue North, Suite 400
Birmingham, Alabama 35203

Honorable Stanley A. Martin
Honorable S. Allen Martin, Jr.
P.O. Box 2526
Opelika, Alabama 36803-2526

This 31st day of October, 2007.

_____
T. Randall Lyons