IN THE UNITED STATES DISTRICT COURT OF THE
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

TROY BLANTON and PEGGY BLANTON,

    Plaintiffs,

v.

DOUGLAS A. GEIST and STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,

    Defendants.

Case No. 3:07CV980-WKW

## ANSWER OF DEFENDANT DOUGLAS A. GEIST

Comes now the Defendant Douglas A. Geist (hereinafter, the "Defendant") in the above-styled action and for Answer to the numbered paragraphs of the Complaint previously filed herein states as follows:

### COUNT ONE

#### NEGLIGENCE/WANTONNESS

1. The Defendant admits Paragraph 1.

2. The Defendant admits Paragraph 2.

3. The Defendant denies Paragraph 3 in that the Defendant was a resident of South Carolina at the time of the commencement of this lawsuit.

4. The Defendant admits that the Defendant State Farm Mutual Automobile Insurance Company does business in Alabama. However, the Defendant State Farm Mutual

Automobile Insurance Company is a corporation incorporated under the laws of the State of Illinois.

5. The Defendant admits that there was a motor vehicle accident on August 21, 2007 on U.S. Highway 431 in Chambers County, Alabama. The remaining allegations of paragraph 5 are denied.

6. The Defendant denies Paragraph 6.

In response to the unnumbered paragraph of the Complaint following paragraph 6, the Defendant denies that the Plaintiffs are entitled to a judgment against the Defendant or to any damages or any other relief from the Defendants.

## COUNT TWO

### UNINSURED/UNDERINSURED MOTORIST BENEFITS

7. The Defendant reincorporates the answers to the allegations in each of paragraphs 1 through 6 by reference.

8. The Defendant denies Paragraph 8.

9. The allegations of paragraph 9 are denied, in that the Defendant does not have sufficient information to admit or deny the allegations.

10. The allegations of paragraph 10 are denied, in that the Defendant does not have sufficient information to admit or deny the allegations.

11. The allegations of paragraph 11 are denied, in that the Defendant does not have sufficient information to admit or deny the allegations.

In response to the unnumbered paragraph of the Complaint following paragraph 11, the Defendant denies that the Plaintiffs are entitled to a judgment against the Defendants or to any damages or any other relief from the Defendants.

### COUNT THREE

12. The Defendant reincorporates the answers to the allegations in each of paragraphs 1 through 11 by reference.

13. The allegations of paragraph 13 are denied, in that the Defendant does not have sufficient information to admit or deny the allegations.

In response to the unnumbered paragraph of the Complaint following paragraph 13, the Defendant denies that the Plaintiffs are entitled to a judgment against the Defendants or to any damages or any other relief from the Defendants.

### COUNT FOUR

14. The Defendant reincorporates the answers to the allegations in each of paragraphs 1 through 13 by reference.

15. The allegations of paragraph 15 are denied, in that the Defendant does not have sufficient information to admit or deny the allegations.

In response to the unnumbered paragraph of the Complaint following paragraph 15, the Defendant denies that the Plaintiffs are entitled to a judgment against the Defendants or to any damages or any other relief from the Defendants.

## COUNT FIVE

16. The Defendant reincorporates the answers to the allegations in each of paragraphs 1 through 15 by reference.

17. The allegations of paragraph 17 are denied, in that the Defendant does not have sufficient information to admit or deny the allegations.

In response to the unnumbered paragraph of the Complaint following paragraph 17, the Defendant denies that the Plaintiffs are entitled to a judgment against the Defendants or to any damages or any other relief from the Defendants.

## COUNT SIX

18. The Defendant reincorporates the answers to the allegations in each of paragraphs 1 through 17 by reference.

19. The allegations of paragraph 19 are denied, in that the Defendant does not have sufficient information to admit or deny the allegations.

In response to the unnumbered paragraph of the Complaint following paragraph 19, the Defendant denies that the Plaintiffs are entitled to a judgment against the Defendants or to any damages or any other relief from the Defendants.

## COUNT SEVEN

20.     The Defendant reincorporates the answers to the allegations in each of paragraphs 1 through 19 by reference.

21.     The allegations of paragraph 21 are denied, in that the Defendant does not have sufficient information to admit or deny the allegations.

In response to the unnumbered paragraph of the Complaint following paragraph 21, the Defendant denies that the Plaintiffs are entitled to a judgment against the Defendants or to any damages or any other relief from the Defendants.

## AFFIRMATIVE DEFENSES

The Defendant, having fully answered each paragraph of the Complaint, now states the following affirmative defenses to the Complaint:

## FIRST DEFENSE

The Defendant pleads the general issue denying each and every allegation of the Complaint and demanding strict proof thereof.

## SECOND DEFENSE

The Defendant reserves the right to amend this Answer following additional investigation and discovery.

                          /s/ S. Allen Martin, Jr.
Stanley A. Martin (MAR049)
S. Allen Martin, Jr. (MAR149)
Post Office Box 2526
Opelika, Alabama 36803-2526
(334) 749-4142
(334) 749-4131 (FAX)
Attorneys for Defendant Douglas A. Geist
amartin@stanmartinlaw.com
smartin@stanmartinlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that I have this day served a correct copy of the foregoing upon the following counsel of record, by depositing a copy of same in the United States Mail, properly addressed with first class postage prepaid thereon.

    Honorable Timothy L. Dillard
    Fourth Floor, Berry Building
    2015 2nd Avenue North, Suite 400
    Birmingham, Alabama 35203

    Honorable T. Randall Lyons
    Webster, Henry, Lyons & White, P.C.
    132 N. Gay Street, Suite 209
    Auburn, Alabama 36830

This 31st day of October, 2007.

                                              /s/ S. Allen Martin, Jr.
                                              Stanley A. Martin
                                              S. Allen Martin, Jr.