**IN THE DISTRICT COURT OF THE UNITED STATES FOR THE
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION**

| | | |
|---|---|---|
| **TROY BLANTON and PEGGY BLANTON,** | * | |
| | * | |
| | * | |
| **Plaintiffs,** | * | **Civil Action Number:** |
| | * | |
| **v.** | * | **3:07cv-980-WKW** |
| | * | |
| **DOUGLAS A. GEIST, et al.,** | * | |
| | * | |
| **Defendants.** | * | |

**CONFLICT DISCLOSURE STATEMENT OF DOUGLAS A. GEIST**

Comes now Douglas A. Geist, a Defendant in the above-captioned matter, and in accordance with the Order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

1.    This party is an individual.

s/ S. Allen Martin, Jr.
Stanley A. Martin (MAR049)
S. Allen Martin, Jr. (MAR149)
Attorneys for Defendant
Douglas A. Geist

Post Office Box 2526
Opelika, Alabama  36803-2526
(334) 749-4142
(334) 749-4131 FAX
amartin@stanmartinlaw.com
smartin@stanmartinlaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that I have on this 1st day of November, 2007, electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Honorable Timothy L. Dillard
Fourth Floor, Berry Building
2015 2nd Avenue North, Suite 400
Birmingham, Alabama 35203


Honorable T. Randall Lyons
Webster, Henry, Lyons & White, P.C.
132 N. Gay Street, Suite 209
Auburn, Alabama 36830

s/ S. Allen Martin, Jr.
Stanley A. Martin
S. Allen Martin, Jr.