IN THE DISTRICT COURT OF THE UNITED STATES FOR THE
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| TROY BLANTON, an individual, and ) | |
| PEGGY BLANTON, an individual, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No.: 3:07CV-980-WKW |
| ) | |
| DOUGLAS A. GEIST, an individual; ) | |
| STATE FARM MUTUL ) | |
| AUTOMOBILE INSURANCE ) | |
| COMPANY, a corporation, et al., ) | |
| ) | |
| Defendants. ) | |

**CONFLICT DISCLOSURE STATEMENT OF STATE FARM MUTUAL
AUTOMOBILE INSURANCE COMPANY**

COMES NOW the Defendant, State Farm Mutual Automobile Insurance Company, by and through its attorney of record, and in accordance with the Order of this Court, makes the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

1. State Farm Mutual Automobile Insurance Company is a mutual company with its corporate offices in Bloomington, Illinois.

Respectfully submitted,


/s/ T. Randall Lyons
T. RANDALL LYONS (LYO006)
Attorney for State Farm


OF COUNSEL:

Webster, Henry, Lyons & White, P.C.
Auburn Bank Center
132 N. Gay Street, Suite 211
Auburn, AL 36830
334-887-0111


## CERTIFICATE OF SERVICE

I hereby certify that I have this date of November 2, 2007, electronically filed the foregoing with the Clerk of the Court using the State of Alabama's electronic filing system which will send notification and a copy of such filing to the following counsel of record:

Tim Dillard
Dillard & Associates, L.L.C.
The Berry Building, Suite 400
2015 Second Avenue North
Birmingham, Alabama 35203

S. Allen Martin, Jr.
P.O. Box 2526
Opelika, Alabama 36803


/s/ T. Randall Lyons
OF COUNSEL