IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| TROY BLANTON, and PEGGY BLANTON, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No.  3:07-cv-00980-WKW-TFM |
| ) | |
| DOUGLAS A. GEIST and STATE FARM ) | |
| MUTUAL AUTOMOBILE INSURANCE ) | |
| COMPANY, ) | |
| ) | |
| Defendants. ) | |

### PLAINTIFFS' MOTION TO REMAND

**COMES NOW**, the Plaintiffs, Troy Blanton and Peggy Blanton, in the above-styled cause and hereby respectfully requests this Honorable Court to remand the above-styled case from the United States District Court for the Middle District of Alabama to the Alabama Circuit Court for Chambers County.  In support of this motion, the Plaintiffs submit the following:

### STATEMENT OF FACTS AND PROCEDURAL POSTURE

1.  On August 21, 2007, Defendant Douglas A. Geist collided with Troy Blanton's automobile on US 431 at the intersection of County Road 22 and County Road 23 in Chambers County, Alabama.

2.  On September 25, 2007, the Plaintiffs filed a Complaint in the Circuit Court of Chambers County, Alabama, entitled, <u>Troy Blanton and Peggy Blanton v. Douglas A. Geist and State Farm Mutual Automobile Insurance Company</u>, CV 2007-272.

3.  On October 2, 2007, the Summons and Complaint were served upon Defendant State Farm.

4. On October 15, 2007, the Summons and Complaint were served upon Defendant Geist.

5. The Complaint stated that the Plaintiffs are residents of Alabama, that Defendant Geist is a resident of Alabama, and that Defendant State Farm is a corporation doing business in Alabama.

6. On October 31, 2007, Defendant Geist, with the consent of Defendant State Farm, timely filed a Notice of Removal on the basis of diversity of citizenship pursuant to 28 U.S.C. § 1332.

7. Defendant Geist's Notice of Removal states that Geist was at the time of the institution of this civil action, and at all times intervening, a citizen and resident of the State of South Carolina. (*See* Notice of Removal at ¶ 7).

## EVIDENCE CONCERNING GEIST'S DOMICILE

8. Defendant Geist listed his Alabama address on the accident report. (*See* Exhibit A).

9. Defendant Geist was served by certified mail at the Alabama address listed on the accident report. (*See* Exhibit B).

10. Defendant Geist has a criminal record in Alabama whereby from 1999 thru 2002 he lists the same Alabama address as is listed on the accident report. (*See* Exhibit C).

11. Defendant Geist listed on a receipt from Express Oil Change-Alex City that his address is the same Alabama address as is listed on the accident report, and also had an Alabama phone number listed on the receipt. (*See* Exhibit D).

12. On August 21, 2007, Defendant Geist had a South Carolina drivers license. *See* Exhibit "A" attached hereto.

13. On August 21, 2007, Defendant Geist's automobile had a South Carolina car tag. *See* Exhibit "A" attached hereto.

14. Defendant Geist's automobile insurance was through a South Carolina agency. (*See* Exhibit E).

15. The accident report shows that Defendant Geist stated he was unemployed at the time of the accident. *See* Exhibit "A" attached hereto.

## LEGAL STANDARD

16. For diversity purposes, a person is a citizen of the state in which he is domiciled. *See* McCormick v. Aderholt, 293 F.3d 1254, 1257 (11th Cir. 2002) ("Citizenship is equivalent to 'domicile' for purposes of diversity jurisdiction."); Valentin v. Hospital Bella Vista, 254 F.3d 358, 366 (1st Cir. 2001). "Domicile," in turn, is properly defined as "the place of his true, fixed, and permanent home and principal establishment, and to which he has the intention of returning whenever he is absent therefrom." Sunseri v. Macro Cellular Partners, 412 F.3d 1247, 1249 (11th Cir. 2005) (citations omitted); Valentin, 254 F.3d at 366. ; *see also* Kanter v. Warner-Lambert Co., 265 F.3d 853, 857 (9th Cir. 2001) ("A person's domicile is her permanent home, where she resides with the intention to remain or to which she intends to return.").[1]

17. A party can have only one domicile at a time. *See* Valentin, 254 F.3d at 367 (1st

---

[1] In this regard, a critical distinction emerges between residence and domicile. As a matter of law, a person residing in a particular state is not necessarily domiciled there, and therefore is not necessarily a citizen of that state. *See, e.g.,* Mississippi Band of Choctaw Indians v. Holyfield, 490 U.S. 30, 48, 109 S.Ct. 1597, 104 L.Ed.2d 29 (1989) (observing that "one can reside in one place but be domiciled in another"); Chico v. Puerto Rico Elec. Power Authority, 312 F.Supp.2d 153, 157 (D.P.R.2004) ("Mere residence is insufficient to determine a party's jurisdictional status."). That said, while the two concepts are analytically distinct, a party's place of residence is *prima facie* evidence of his domicile. *See* Chaara v. Intel Corp., 410 F.Supp.2d 1080, 1091 (D.N.M. 2005) ("Residence alone is not the equivalent of citizenship, but the place of residence is prima facie the domicile.") (citations omitted); Audi Performance & Racing, LLC v. Kasberger, 273 F.Supp.2d 1220, 1226 (M.D.Ala.2003) (recognizing presumption that state of residence equates to domicile).

Cir. 2001). When one's domicile is established, it can change only upon a concurrent showing of both (1) physical presence at the new location, and (2) intent to remain there indefinitely. *See* McCormick, 293 F.3d at 1257.

18. The burden on the question of Defendant Geist's domicile rests with defendants because it is they who seek a federal forum. *See* McCormick, 293 F.3d at 1257 ("the party invoking the court's jurisdiction bears the burden of proving, by a preponderance of the evidence, facts supporting the existence of federal jurisdiction"); Pacheco de Perez v. AT & T Co., 139 F.3d 1368, 1373 (11th Cir. 1998) ("In a motion to remand, the removing party bears the burden of showing the existence of federal jurisdiction."); Reynolds v. Wohl, 332 F.Supp.2d 653, 656 (S.D.N.Y. 2004) ("Hornbook law provides that the party invoking federal jurisdiction bears the burden of proving facts to establish that jurisdiction.").

19. "Because removal jurisdiction raises significant federalism concerns, federal courts are directed to construe removal statutes strictly. Indeed, *all doubts about jurisdiction should be resolved in favor of remand to state court*." Univ. of S. Ala. v. Am. Tobacco Co., 168 F.3d 405, 411 (11th Cir. 1999) (emphasis added) (citation omitted); *see also* Miedema v. Maytag Corp., 450 F.3d 1322, 1328 (11th Cir. 2006)

### GEIST WAS DOMICILED IN ALABAMA IN SEPTEMBER 2007

20. Plaintiffs contend that at the time the Complaint was filed, Defendant Geist was domiciled in Alabama. Defendant listed an address that was his previous to his "move" to South Carolina. Defendant may have at some point *resided* in South Carolina but all evidence points to the fact that he never intended to remain indefinitely in South Carolina.

21. At the time the Complaint was filed, Defendant Geist (1) was physically located

in Alabama and (2) all evidence indicates that he intends to remain in Alabama. Geist has lived in Alabama for a number of years and listed the same address in the accident report as was his address in the late 1990's and early 2000's. Further, Geist was not working in South Carolina at the time of the accident. It stands to reason that Geist never intended to remain in South Carolina and has maintained his domicile in Alabama.

22. Although one can change domicile by moving to a new residence and dwelling there with the intent to remain indefinitely, "[a]n essential ingredient of the intention requirement is the intent to give up the old domicile." In re Schmidt, 258 B.R. 804, 813 (Bankr.N.D.Ala. 2001), *citing* Godino v. Cleanthes, 163 Vt. 237 (1995). *Defendant Geist's retention of the home evidences the opposite intent, the intent to keep the old domicile.*

23. For all of the foregoing reasons, this Court should find that defendants have failed to satisfy their burden of establishing that Geist's domicile was South Carolina rather than Alabama as of the inception of this litigation.

24. As Geist therefore must be deemed an Alabama citizen for diversity purposes, and as it is undisputed that plaintiffs are Alabama citizens, complete diversity of citizenship is lacking and jurisdiction cannot lie under 28 U.S.C. § 1332. Defendants have cited no other legal basis for removal jurisdiction.

25. Defendants having failed to meet their burden of establishing the requisites for federal subject matter jurisdiction and because the Eleventh Circuit has stated that all doubts about jurisdiction should be resolved in favor of remand to state court, Plaintiffs Motion to Remand should therefore be granted**.** This action should be remanded to the Circuit Court of Chambers County, Alabama pursuant to 28 U.S.C. § 1447(c), for further proceedings.

**WHEREFORE, PREMISES CONSIDERED**, the Plaintiff respectfully requests this Honorable Court to remand the above-styled case or in the alternative if the Court feels the record is incomplete and inconclusive as to Geist's domicile, this Court should authorized a limited ninety (90) day jurisdictional discovery period to enable the parties to gather evidence to bolster their respective positions and inform the Court's judgment as to where Geist was domiciled in September 2007, when the Complaint was originally filed.

Respectfully Submitted,

s/ Timothy L. Dillard
Timothy L. Dillard
DILLARD AND ASSOCIATES, L.L.C
Fourth Floor, Berry Building
2015 Second Avenue North
Birmingham, Alabama 35203
Telephone: (205) 251-2823
Fax: (205) 251-3832
Email: dillardandassoc@aol.com
ASB-1618-D63T

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# EASTERN DIVISION

| | |
|---|---|
| TROY BLANTON, and PEGGY BLANTON, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No.  3:07-cv-00980-WKW-TFM |
| ) | |
| DOUGLAS A. GEIST and STATE FARM ) | |
| MUTUAL AUTOMOBILE INSURANCE ) | |
| COMPANY, ) | |
| ) | |
| Defendants. ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on November 29, 2007,  I electronically filed the forgoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Stanley A. Martin, Esq., S. Allen Martin, Jr. Esq., Post Office Box 2526, Opelika, Alabama 36803; T. Randall Lyons, Esq., Webster, Henry, Lyons & White, P.C., 132 N. Gay Street, Suite 209, Auburn, Alabama 36830;  and hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants: NONE.

    Respectfully Submitted,

    s/ Timothy L. Dillard
    Timothy L. Dillard
    DILLARD AND ASSOCIATES, L.L.C
    Fourth Floor, Berry Building
    2015 Second Avenue North
    Birmingham, Alabama 35203
    Telephone: (205) 251-2823
    Fax: (205) 251-3832
    Email: dillardandassoc@aol.com
    ASB-1618-D63T

Case 3:07-cv-00980-WKW-TFM   Document 8-2   Filed 11/29/2007   Page 1 of 12

PLAINTIFF'S
EXHIBIT
A

# ALABAMA UNIFORM TRAFFIC ACCIDENT REPORT

AST-27 REV. 1/91
SEP 05 2007

**Date:** 08/21/2007 **Time:** 5:30 AM **Day of Week:** M **County:** 12 **Rural:** X

**On Street, Road or Highway:** US 431
**At Intersection of or Between (Node 1):** County Rd 22
**And (Node 2):** County Rd 23

Street or Road Code: 9001 / 7021  Node Code: 7050
Miles From: 1
Mile Post: 47.70
Prime Contr Circms: 23  Prime Contr Unit No: 1
First Harmful Event: 20  Event Location: 1  Distance to Fixed Object: NA FT

N32.9469 / W85.1794

2 0 2 0 3 1

## UNIT NO 1 — LEFT SCENE — COM VEH

**Driver Full Name:** Douglas A. Geist
**Street Address:** 168 Christian St.
**City and State:** Alex City, AL  **ZIP:** 35010  **Telephone No:** None
**DOB:** 04/26/1958  **Race:** W  **Sex:** M  **DL State:** SC  **Driver License No:** 004101843
**DL Class:** C  **DL Status:** S  **CDL Status:** N  **Residence Less Than 25 Miles:** No
**Place of Employment:** Unemployed
**Liability Insurance Co.:** State Farm
**Driver Condition:** 8-Other  **Sobriety:** — **Officer's Opinion — Alcohol:** No **Drugs:** Unk  **Type Test Given:** 9-No Test  **Test Results:** NA

**Maneuver:** 01  **Travel Road Name:** US 431  **Road Code:** 5001  **Travel Direction:** N  **Other Contr Circumstance:** 97  **Prime Harm Event:** 20  **Event Loc:** 1

**Veh Year:** 1998  **Make:** Ford  **Model:** Exp  **Body:** 4D  **VIN:** 1FMRU17L7WLB02058
**License Tag Number:** 894UWK  **State:** SC  **Year:** 2008
**Owner's Name:** Same as Driver

**Type:** 1-Auto  **Usage:** 1-Personal  **Hazardous Cargo:** 1-None  **Attachment:** 1-None  **Contributing Defect:** 97-None

**Speed Limit:** 55 MPH  **Est. Speed:** 999 MPH  **Citation Offense Charged:** None
**Damage Severity:** 3-Disabled  **Vehicle Towed Away:** Yes  **Occupants in Unit:** 1
**Enter Point of Initial Impact:** 1
Circle areas Damaged on Diagram: 10 Under Carriage — Totaled

**Vehicle Towed By Whom:** Conners Towing (ROT)  **To Where:** Conners Storage

## UNIT NO 2 — LEFT SCENE — COM VEH — VEHICLE OR PEDESTRIAN

**Driver/Pedestrian Full Name:** Troy Blanton Jr.
**Street Address:** 5409 Co Rd 62
**City and State:** Lafayette, AL  **ZIP:** 36862  **Telephone No:** (256) 781-5831
**DOB:** 04/30/1938  **Race:** W  **Sex:** M  **DL State:** AL  **Driver License No:** 1945639
**DL Class:** AM  **DL Status:** C  **CDL Status:** C  **Residence Less Than 25 Miles:** No
**Place of Employment:** East Ala. Paving
**Liability Insurance Co.:** State Farm
**Driver/Ped Condition:** 1-No Defect  **Sobriety:** — **Officer's Opinion — Alcohol:** No **Drugs:** Unk  **Type Test Given:** 9-No Test  **Test Results:** NA

**Maneuver/Action:** 01  **Travel Road Name:** US 431  **Road Code:** 5001  **Travel Direction:** S  **Other Contr Circumstance:** 97  **Prime Harm Event:** 20  **Event Loc:** 1

**Veh Year:** 1992  **Make:** Linc  **Model:** Tow  **Body:** 4D  **VIN:** 1LNLM81WXNY686961
**License Tag Number:** None  **State:** NA  **Year:** NA
**Owner's Name:** Same as Driver

**Type:** 1-Auto  **Usage:** 1-Personal  **Hazardous Cargo:** 1-None  **Attachment:** 1-None  **Contributing Defect:** 97-None

**Speed Limit:** 55 MPH  **Est. Speed:** 999 MPH  **Citation Offense Charged:** None
**Damage Severity:** 3-Disabled  **Vehicle Towed Away:** Yes  **Occupants in Unit:** 1
**Enter Point of Initial Impact:** 8
Circle areas Damaged on Diagram: 10 Under Carriage — Totaled

**Vehicle Towed By Whom:** Conners Towing (ROT)  **To Where:** Conners Storage

---

CODES: Contributing Circumstances / Driver Maneuver / Pedestrian Action / Event Loc

## Victims

| Name | Address | Unit No | Seat Pos | Injury Type | Age | Sex | Ejection | First Aid By |
|---|---|---|---|---|---|---|---|---|
| Douglas Geist | 168 Christian St. Alex City, AL | 1 | 1 | A | 59 | M | N | M |
| Taken To: EAMC | Taken By: ETS | | | | | | | |
| Troy Blanton Jr. | 5409 Co Rd 62 Lafayette AL | 2 | 1 | A | 69 | M | N | M |
| Taken To: EAMC | Taken By: ETS | | | | | | | |

## Narrative and Diagram

N →

US 431

wooded area

01-6806-706

Final Position

Diagram Not To Scale

**Officer's Opinion of What Happened:** Unit 1 was travelling north on US 431. Unit 2 was travelling south. At the 2 vehicles met unit 1 drifted across the center line and collided into unit 2. Both vehicles then came to a final position off the roadway.

## Investigation

Time Police Notified: 5:33 PM
Time Police Arrived: 6:18 PM
Time EMS Arrived: 5:44 PM
Name of Photographer: NA

Witness Full Name: NA

Name of Investigating Officer: E. Leshley
Officer ID: 811
Agency ORI: ACAST4300

126

Signature of Investigating Officer: E. Leshley
Date: 08/21/07

PLAINTIFFS
EXHIBIT
B

SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

DOUGLAS A. GEIST
162 CHRISTIAN STREET
ALEX CITY, AL 35010

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X [signature]
☐ Agent
☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
[signature]                       10/15/07

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

CA07-252

OCT 15 2007

3. Service Type
☐ Certified Mail    ☐ Express Mail
☐ Registered       ☑ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label)
7005 1820 0003 2059 4849

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540



Company Name:
County: 70  Case Number: CC-2002-000113.00  Charge: DV3A
Name: GEIST DOUGLAS

## Case Information

| | | | |
|---|---|---|---|
| County: | 70 - TALLAPOOSA - ALEX CITY | Case Number: CC-2002-000113.00 | JID: TFY TOM. F. YOUNG JR. | DEF status: B Bond |
| Filed: | 04/11/2002 | AAGCY: M Municipal | Muni N°: 01 | City: ALEX CITY |
| Arrest date: | 11/19/2001 | Offe date: 11/19/2001 | ORI: 0620100 | Officer: MORGAN |
| Indict date: | | Grand jury: | Atty 1: | Ticket N°: |
| Tracking N°'s: | MC200100107500/0/0 | | | |
| Date: | 11/20/2002 | Que: 003 | Time: 02:00 PM | Desc: BTRL APPEAL/MUNICIPAL |

## Defendant Information

| | | | | |
|---|---|---|---|---|
| Name: | GEIST DOUGLAS | Alias 1: | Alias 2: | |
| DOB: | 04/26/1958 | SSN: XXX-XX-X113 | Driv License N°: AL | |
| Height: | 6'02" | Weight: 240 | Race/Sex: White /M | Eyes/Hair: BLU/BRO |
| SID: | AL0 | YDate: | AIS: | PR: 0 |
| Address 1: | 168 CHRISTIAN ST | | Address 2: | |
| Zip: | 35010 | City: ALEXANDER CITY | State: AL | Country: US |

## Prosecutor & Atty Info

| | | | |
|---|---|---|---|
| Prosecutor: | GIL002 | Attorney 1: | Attorney 2: |
| Prosecutor Flag: | N | Attorney 1 Flag: Y | Attorney 2 Flag: Y |

## Warrant Information

| | | |
|---|---|---|
| Warrant Date: -- | WARAC: -- | WARLOC: -- |
| BP ISS: | BP RTN: | |

## Charges

| | | | | | |
|---|---|---|---|---|---|
| 1. Crime co: | DV3A | Statute: DOM VIO 3RD-ASSAULT 3RD | Stat Name: 13A-006-132 | Class/Categ: M PE | Counts: 1 |
| 2. Crime co: | | Statute: | Stat Name: | Class/Categ: | Counts: |
| 3. Crime co: | | Statute: | Stat Name: | Class/Categ: | Counts: |
| More: | N | Dom Viol: Y | Case Type: M | Case Categ: PE | |
| Comment: | | | | | |

## Bonding Information

| | | | |
|---|---|---|---|
| Bond amt: | 1000.00 | Bond type: P Property | Bond co: |
| Rel Date: | 02/27/2002 | Surety: | CWIT: |
| Jury Demand: | N | | Appeal Date: M Municipal court |

## Settings

### Setting Dates

| Date: | Que: | Time: | Description: |
|---|---|---|---|
| 1: 11/20/2002 | 003 | 02:00 PM | BTRL - APPEAL/MUNICIPAL |
| 2: | | - | |
| 3: | | - | |
| 4: | | - | |



Company Name:                                           PREPARED FOR:
County: **70**     Case Number: **CV 2002 000022 00**     Court Action: **W**
Style: **DOUGLAS GEIST & ELIZABETH GEIST VS TRACEY FUNDERBURK**

## Case Information

| | |
|---|---|
| County: | 70 - TALLAPOOSA - ALEX CITY |
| Case Number: | CV 2002 000022 00 |
| JID: | TFY TOM. F. YOUNG JR. |
| Trial: | B |
| Style: | DOUGLAS GEIST & ELIZABETH GEIST VS TRACEY FUNDERBURK |
| Filed: | 02/05/2002 |

## Case Type

| | |
|---|---|
| Code: | CVXX |
| Type: | RECOVER PROPERTY |
| Track: | |
| Status: | D |
| Plaintiffs: | 002 |
| Defendants: | 001 |

## Court Action

| | |
|---|---|
| OJID: | TFY TOM. F. YOUNG JR. |
| Court Action: | W DISMISSED W/PREJUDICE/WANT OF PROSECUTION |
| Judgment For: | N No Judgment |
| Trial days: | 0 |
| Lien: | 0 |

## Damages

| | |
|---|---|
| Amount: | $0.00 |
| Compensatory: | $0.00 |
| Punitive: | $0.00 |
| General: | $0.00 |
| None: | |

## Other Actions

| | | |
|---|---|---|
| Con Date: | Cont #: | Why: |
| RevJmt: | Admin Date: | Why: |
| Appeal Date: | Court: | Case: |
| Mistrial: | | |
| JBNV2: | DSDT: | DTYP: |

## Comments

Comment 1:
Comment 2:

## Court Dates

| Date: | Que: | Time: | Description: |
|---|---|---|---|
| | | - | |
| | | - | |
| | | - | |
| | | - | |

### Party 1 - C 001 - GEIST DOUGLAS

#### Party Information

| | | | | |
|---|---|---|---|---|
| Party: C 001 | Name: GEIST DOUGLAS | | Type: I Individual | |
| Index: Y | Alt Name: | | JID: XXX | |
| SSN: | DOB: | Sex: | Race: | |
| Address 1: 168 CHRISTIAN STREET | | Address 2: | | |
| Phone: 256 | City: ALEXANDER CITY | State: AL  Zip: 35010-0000 | Country: US | |
| Lock: | Notice: | Entered: | | |

#### Attorneys

Attorney 1:     Name:                                          City:           State:

Company Name: PREPARED

County: **70**  Case Number: **SM 2002 000270 00**  Court Action: **C**
Style: **HOLLEY'S HOME FURNISHINGS  VS  DOUGLAS A GEIST**

## Case Information

| | |
|---|---|
| County: | 70 - TALLAPOOSA - ALEX CITY |
| Case Number: | SM 2002 000270 00 |
| JID: | CKT CLAYTON KIM TAYLOR |
| Trial: | B |
| Style: | HOLLEY'S HOME FURNISHINGS  VS  DOUGLAS A GEIST |
| Filed: | 06/17/2002 |

## Case Type

| | |
|---|---|
| Code: | RECP |
| Type: | RECOVER PROPERTY |
| Track: | |
| Status: | D |
| Plaintiffs: | 001 |
| Defendants: | 001 |

## Court Action

| | |
|---|---|
| JID: | CKT CLAYTON KIM TAYLOR |
| Court Action: | C CONSENT JUDGEMENT |
| Judgment For: | C Plaintiff |
| Trial days: | 0 |
| Lien: | 0 |

## Damages

| | |
|---|---|
| Amount: | $3000.00 |
| Compensatory: | $0.00 |
| Punitive: | $0.00 |
| General: | $0.00 |
| None: | |

## Other Actions

| | | | |
|---|---|---|---|
| Con Date: | | Cont #: | Why: |
| RevJmt: | | Admin Date: | Why: |
| Appeal Date: | | Court: | Case: |
| Mistrial: | | | |
| BNV2: | | DSDT: | DTYP: |

## Comments

Comment 1:
Comment 2:

## Court Dates

| Date: | Que: | Time: | Description: |
|---|---|---|---|

## Party 1 - C 001 - HOLLEY'S HOME FURNISHINGS

### Party Information

| | | | | | |
|---|---|---|---|---|---|
| Party: | C 001 | Name: | HOLLEY'S HOME FURNISHINGS | Type: | B Business |
| Index: | Y | Alt Name: | | JID: | CKT |
| SSN: | | DOB: | Sex: | Race: | |
| Address 1: | 1660 HWY 22 WEST | | Address 2: | | |
| Phone: | 256 234 4141 | City: ALEXANDER CITY | State: AL  Zip: 35010-0000 | Country: | US |
| Dock: | | Notice: | Entered: | | |

### Attorneys

| Attorney 1: | Name: | City: | State: |
|---|---|---|---|

| | Name: | | City: | State: |
|---|---|---|---|---|
| Attorney 2: | Name: | | City: | State: |
| Attorney 3: | Name: | | City: | State: |
| Attorney 4: | Name: | | City: | State: |
| Attorney 5: | Name: | | City: | State: |
| Attorney 6: | Name: | | City: | State: |

### Service Information

| | | | | |
|---|---|---|---|---|
| ued: | Type: | Reissue: | | Type: |
| um: | Type: | Return: | | Type: |
| vice: | Type: | Service On: | | By: |
| wer: | Type: | NS Not: | | NA Not: |
| rrant | Type: | Arrest: | | |

### Court Action

| ACT: | C CONSENT JUDGEMENT | Date: 07/09/2002 | For: C Plaintiff | Exempt: |
|---|---|---|---|---|
| nount: | $0.00 | Cost: $0.00 | Other: $0.00 | Satisfied: |
| omment: | | | | |

## ty 2 - D 001 - GEIST DOUGLAS A

### Party Information

| arty: | D 001 | Name: | GEIST DOUGLAS A | | | Type: | I Individual |
|---|---|---|---|---|---|---|---|
| dex: | Y | Alt Name: | | | | JID: | CKT |
| SN: | | DOB: | | Sex: | | Race: | |
| ddress 1: | 168 CHRISTIAN STREET | | | Address 2: | | | |
| hone: | 256 | City: | ALEXANDER CITY | State: AL | Zip: 35010-0000 | Country: | US |
| ock: | | Notice: | | Entered: | | | |

### Attorneys

| Attorney 1: | Name: | | City: | State: |
|---|---|---|---|---|
| Attorney 2: | Name: | | City: | State: |
| Attorney 3: | Name: | | City: | State: |
| Attorney 4: | Name: | | City: | State: |
| Attorney 5: | Name: | | City: | State: |
| Attorney 6: | Name: | | City: | State: |

### Service Information

| ued: 06/18/2002 | Type: S Sheriff | Reissue: | Type: |
|---|---|---|---|
| um: | Type: | Return: | Type: |
| vice: 06/21/2002 | Type: S Served personally | Service On: | By: |
| wer: 07/08/2002 | Type: A Complaint agreed | NS Not: | NA Not: |
| rrant | Type: | Arrest: | |

### Court Action

| ACT: | C CONSENT JUDGEMENT | Date: 07/09/2002 | For: C Plaintiff | Exempt: |
|---|---|---|---|---|
| nount: | $3000.00 | Cost: $37.00 | Other: $0.00 | Satisfied: |
| omment: | | | | |

## e Action Summary - 70SM200200027000

| | Time | Code | Comments | Operat |
|---|---|---|---|---|
| 3/2002 | 8:52:49 | FILE | FILED THIS DATE: 06/17/2002      (AV01) | JEM |
| 3/2002 | 8:52:50 | ASSJ | ASSIGNED TO JUDGE: CLAYTON KIM TAYLOR      (AV01) | JEM |
| 3/2002 | 8:52:51 | TDMN | BENCH/NON-JURY TRIAL REQUESTED      (AV01) | JEM |

County: 29    Case Number: **CC-1999-000348.00**    Charge: **T004**
Name: **GEIST DOUGLAS A**

## Case Information

| | | | |
|---|---|---|---|
| County: **29 - ELMORE** | Case Number: **CC-1999-000348.00** | JID: **JBB JOHN B. BUSH** | DEF status: **B Bond** |
| Filed: **07/16/1999** | AAGCY: **M Municipal** | Muni N°: **04** | City: **WETUMPKA** |
| Arrest date: **05/10/1999** | Offe date: **05/10/1999** | ORI: **0290100** | Officer: **EVANS** |
| Indict date: | Grand jury: | Atty 1: **YOU009R** | Ticket N°: **M0692403** |
| Tracking N°'s: **0/0/0** | | | |
| Date: | Que: | Time: | Desc: |

## Defendant Information

| | | | |
|---|---|---|---|
| Name: **GEIST DOUGLAS A** | | Alias 1: | Alias 2: |
| DOB: **04/26/1958** | SSN: **XXX-XX-X535** | | Driv License N°: **AL6053342** |
| Height: **6'03"** | Weight: **193** | Race/Sex: **White /M** | Eyes/Hair: **BLU/BRO** |
| SID: **AL0** | YDate: | AIS: | PR: **0** |
| Address 1: **168 CHRISTIAN ST** | | Address 2: | |
| Zip: **35010** | City: **ALEXANDER CITY** | State: **AL** | Country: **US** |

## Prosecutor & Atty Info

| | | |
|---|---|---|
| Prosecutor: **BIB005** | Attorney 1: **YOU009 R** | Attorney 2: |
| Prosecutor Flag: **Y** | Attorney 1 Flag: **Y** | Attorney 2 Flag: |

## Warrant Information

| | | |
|---|---|---|
| Warrant Date: -- | WARAC -- | WARLOC: -- |
| BP ISS: | BP RTN: | |

## Charges

| | Statute | Stat Name | Class/Categ | Counts |
|---|---|---|---|---|
| 1. Crime co: **T004** | Statute: **DUI** | Stat Name: **032-05A-191** | Class/Categ: **T TR** | Counts: **1** |
| 2. Crime co: | Statute: | Stat Name: | Class/Categ: | Counts: |
| 3. Crime co: | Statute: | Stat Name: | Class/Categ: | Counts: |

More: **N**    Dom Viol:    Case Type: **T**    Case Categ: **TR**
Comment:

## Bonding Information

| | | |
|---|---|---|
| Bond amt: **4200.00** | Bond type: | Bond co: |
| Rel Date: | Surety: | CWIT: |
| Jury Demand: **Y** | | Appeal Date: **M Municipal court** |

## Setting Dates

| Date: | Que: | Time: | Description: |
|---|---|---|---|
| | | | - |
| 08/16/1999 | 001 | 08:30 AM | JTRL - JURY TRIAL |
| | | | - |
| | | | - |

County: 29   Case Number: CC-1999-000349.00   Charge: T008
Name: GEIST DOUGLAS A

## Case Information

| | | | |
|---|---|---|---|
| County: 29 - ELMORE | Case Number: CC-1999-000349.00 | JID: JBB JOHN B. BUSH | DEF status: B Bond |
| Filed: 07/16/1999 | AAGCY: M Municipal | Muni N°: 04 | City: WETUMPKA |
| Arrest date: 05/10/1999 | Offe date: 05/10/1999 | ORI: 0290100 | Officer: EVANS |
| Indict date: | Grand jury: | Atty 1: YOU009R | Ticket N°: M0692402 |
| Tracking N°'s: 0/0/0 | | | |
| Date: | Que: | Time: | Desc: |

## Defendant Information

| | | | |
|---|---|---|---|
| Name: GEIST DOUGLAS A | | Alias 1: | Alias 2: |
| DOB: 04/26/1958 | SSN: XXX-XX-X535 | | Driv License N°: AL6053342 |
| Height: 6'03" | Weight: 193 | Race/Sex: White /M | Eyes/Hair: BLU/BRO |
| SID: AL0 | YDate: | AIS: | PR: 0 |
| Address 1: 168 CHRISTIAN ST | | Address 2: | |
| Zip: 35010 | City: ALEXANDER CITY | State: AL | Country: US |

## Prosecutor & Atty Info

| | | |
|---|---|---|
| Prosecutor: BIB005 | Attorney 1: YOU009 R | Attorney 2: |
| Prosecutor Flag: Y | Attorney 1 Flag: Y | Attorney 2 Flag: |

## Warrant Information

| | | |
|---|---|---|
| Warrant Date: -- | WARAC: -- | WARLOC: -- |
| BP ISS: | BP RTN: | |

## Charges

| | | | | |
|---|---|---|---|---|
| 1. Crime co: T008 | Statute: DRIVE W/SUSPENDED | Stat Name: 032-006-019 | Class/Categ: T TR | Counts: 1 |
| 2. Crime co: | Statute: | Stat Name: | Class/Categ: | Counts: |
| 3. Crime co: | Statute: | Stat Name: | Class/Categ: | Counts: |
| More: N | Dom Viol: | Case Type: T | Case Categ: TR | |
| Comment: | | | | |

## Bonding Information

| | | |
|---|---|---|
| Bond amt: 300.00 | Bond type: | Bond co: |
| Rel Date: | Surety: | CWIT: |
| Jury Demand: Y | | Appeal Date: M Municipal court |

## Settings

### Setting Dates

| Date: | Que: | Time: | Description: |
|---|---|---|---|
| | | | - |
| 08/16/1999 | 001 | 08:30 AM | JTRL - JURY TRIAL |
| | | | - |
| | | | |

Company Name:                PREPARED FOR:

County: **29**    Case Number: **CC-1999-000350.00**    Charge **T063**
Name: **GEIST DOUGLAS A**

## Case Information

| | | |
|---|---|---|
| County: 29 - ELMORE | Case Number: CC-1999-000350.00 | JID: JBB JOHN B. BUSH | DEF status: B Bond |
| Filed: 07/16/1999 | AAGCY: M Municipal | Muni N°: 04 | City: WETUMPKA |
| Arrest date: 05/10/1999 | Offe date: 05/10/1999 | ORI: 0290100 | Officer: EVANS |
| Indict date: | Grand jury: | Atty 1: YOU009R | Ticket N°: M0692401 |
| Tracking N°'s: 0/0/0 | | | |
| Date: | Que: | Time: | Desc: |

## Defendant Information

| | | | |
|---|---|---|---|
| Name: GEIST DOUGLAS A | Alias 1: | | Alias 2: |
| DOB: 04/26/1958 | SSN: XXX-XX-X535 | | Driv License N°: AL6053342 |
| Height: 6'03" | Weight: 193 | Race/Sex: White /M | Eyes/Hair: BLU/BRO |
| SID: AL0 | YDate: | AIS: | PR: 0 |
| Address 1: 168 CHRISTIAN ST | | Address 2: | |
| Zip: 35010 | City: ALEXANDER CITY | State: AL | Country: US |

## Prosecutor & Atty Info

Prosecutor: **BIB005**     Attorney 1: **YOU009 R**     Attorney 2:
Prosecutor Flag: **Y**     Attorney 1 Flag: **Y**     Attorney 2 Flag:

## Warrant Information

Warrant Date: --     WARAC: --     WARLOC: --
BP ISS:     BP RTN:

## Charges

| | | | | |
|---|---|---|---|---|
| 1. Crime co: T063 | Statute: IMPROPER LANE USAGE | Stat Name: 032-05A-088 | Class/Categ: T TR | Counts: 1 |
| 2. Crime co: | Statute: | Stat Name: | Class/Categ: | Counts: |
| 3. Crime co: | Statute: | Stat Name: | Class/Categ: | Counts: |
| More: N | Dom Viol: | Case Type: T | Case Categ: TR | |
| Comment: | | | | |

## Bonding Information

| | | |
|---|---|---|
| Bond amt: 1000.00 | Bond type: | Bond co: |
| Rel Date: | Surety: | CWIT: |
| Jury Demand: Y | | Appeal Date: M Municipal court |

## Settings

### Setting Dates

| Date: | Que: | Time: | Description: |
|---|---|---|---|
| | | | - |
| 08/16/1999 | 001 | 08:30 AM | JTRL - JURY TRIAL |
| | | | - |
| | | | - |

PLAINTIFF'S EXHIBIT D



2146186

EXPRESS OIL CHANGE-ALEX CITY
768 AIRPORT ROAD
ALEXANDER CITY   AL  35010
(256) 234-6559

DATE 07/06/2007 14:35
INVOICE NO. 00118-02146186
TRANSACTION NO. 07070602146186
EMPLOYEES  PS    MB    ISI

**CUSTOMER INFORMATION**
Douglas Geist
168 Christian St
ALEXANDER CITY, AL  35010

(256) 675-0211

**VEHICLE INFORMATION**
YEAR 1998
MAKE FORD
MODEL EXPEDITION
ENGINE 8cyl 5.4L FI
LICENSE PLATE WLB02058
VIN #
MILEAGE 160000

**FLEETS** -(See Payment Instructions Below)*

**SERVICE HISTORY**
DATE 07/06/07 | MILEAGE 160000 | SERVICES AT2 LG

**SERVICE CHECKLIST**

| DESCRIPTION | QTY. | PRICE |
|---|---|---|
| AUTO TRANS FLUSH SERV | 1.00 | 89.99 |
| DEXRON / MERCON III ATF | 14.00 | 0.00 |
| LUBE GUARD/MERCON V | 1.00 | 20.00 |

**PLAINTIFF'S EXHIBIT E**

KEEP THIS COPY IN YOUR CAR

**CAR INSURANCE CARD**
POLICY NUMBER 125 6725-A23-40A
INSURED
GEIST, DOUGLAS A
EFFECTIVE DATE          EXPIRATION DATE
JUN-27-2007              JAN-23-2008
CAR-YEAR/MAKE/VEHICLE IDENTIFICATION NUMBER
1998 FORD EXPEDITION EDDIE BAUE
7FMRU17L7WLB02058
COVERAGES (SEE REVERSE FOR COVERAGE NAMES)
A  BODILY INJURY/PROPERTY
   DAMAGE LIABILITY
D  COMPREHENSIVE $500
G  COLLISION $500
H, R1, U, W

AGENT ANNE O MCALISTER INS AGC
100 CENTURY PLAZA
SUITE 1
SENECA, SC 29678-4710

PHONE# 864-882-0390
STATE FARM INSURANCE COMPANIES

KEEP THIS COPY WITH YOU

**CAR INSURANCE CARD**
POLICY NUMBER 125 6725-A23-
INSURED
GEIST, DOUGLAS A
EFFECTIVE DATE          EXPIRATION DATE
JUN-27-2007              JAN-23-2008
CAR-YEAR/MAKE/VEHICLE IDENTIFICATION NUMBER
1998 FORD EXPEDITION EDDIE BAUE
7FMRU17L7WLB02058
COVERAGES (SEE REVERSE FOR COVERAGE NAMES)
A  BODILY INJURY/PROPERTY
   DAMAGE LIABILITY
D  COMPREHENSIVE $500
G  COLLISION $500
H, R1, U, W

AGENT ANNE O MCALISTER INS AGC
100 CENTURY PLAZA
SUITE 1
SENECA, SC 29678-4710

PHONE# 864-882-0390
STATE FARM INSURANCE COMPANIES



**SOUTH CAROLINA INSURANCE CARD**

State Farm Mutual Automobile Insurance Company
INSURED   GEIST, DOUGLAS A                                MUTL VOL
POLICY NUMBER   125 6725-A23-40B        EFFECTIVE
YR 1998   MAKE FORD                JUN 27 2007 TO JAN 23 2008
MODEL EXPEDITION       VIN 7FMRU17L7WLB02058
AGENT   ANNE O MCALISTER INS AGCY INC           1457-341
PHONE  (864)882-0390

A  BODILY INJURY/PROPERTY DAMAGE LIABILITY
D  500 DEDUCT COMPREHENSIVE
G  500 DEDUCT COLLISION
H, R1, U, W

SEE REVERSE SIDE FOR ADDITIONAL COVERAGE INFORMATION



**Vehicle I.D. Holder**

STATE FARM INSURANCE

ANNE O. McALISTER INS. AGENCY, INC.
ANNE O. McALISTER, Agent
100 Century Plaza, Suite 1A
Seneca, SC 29678
Off. (864) 882-0390 - Fax (864) 885-1600

Like a good neighbor, State Farm is there.