# IN THE DISTRICT COURT OF THE UNITED STATES FOR THE
# MIDDLE DISTRICT OF ALABAMA
# EASTERN DIVISION

| | | |
|---|---|---|
| **TROY BLANTON and PEGGY BLANTON,** | * * * | |
| Plaintiffs, | * * | **Civil Action Number:** |
| v. | * * | **3:07cv-980-WKW** |
| **DOUGLAS A. GEIST, et al.,** | * * | |
| Defendants. | * | |

## DEFENDANT DOUGLAS A. GEIST'S EVIDENTIARY SUBMISSION IN OPPOSITION TO PLAINTIFFS' MOTION TO REMAND

Comes now the Defendant Douglas A. Geist in the above-captioned matter and offers this evidentiary submission in Opposition to the Plaintiffs' Motion to Remand:

1. Affidavit of Douglas A. Geist.

                                            s/ S. Allen Martin, Jr.
                                            Stanley A. Martin (MAR049)
                                            S. Allen Martin, Jr. (MAR149)
                                            Post Office Box 2526
                                            Opelika, Alabama 36803-2526
                                            (334) 749-4142
                                            (334) 749-4131 (FAX)
                                            Attorneys for Defendant Douglas A. Geist
                                            amartin@stanmartinlaw.com
                                            smartin@stanmartinlaw.com

2

**CERTIFICATE OF SERVICE**

I hereby certify that I have on this 19th day of December, 2007, electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Honorable Timothy L. Dillard
Fourth Floor, Berry Building
2015 2nd Avenue North, Suite 400
Birmingham, Alabama 35203


Honorable T. Randall Lyons
Webster, Henry, Lyons & White, P.C.
132 N. Gay Street, Suite 209
Auburn, Alabama 36830

                                                s/ S. Allen Martin, Jr.
                                                Stanley A. Martin
                                                S. Allen Martin, Jr.

STATE OF SOUTH CAROLINA

OCONEE COUNTY

### AFFIDAVIT OF DOUGLAS A. GEIST

Comes now Douglas A. Geist, who, being first duly sworn, makes the following Affidavit in the case of "*Troy Blanton and Peggy Blanton, et al. v. Douglas A. Geist and State Farm Mutual Automobile Insurance Company, et al., Defendants*," being Case No. 3:07cv980-WKW in the District Court of the United States for the Middle District of Alabama:

> My name is Douglas A. Geist, and I am a Defendant in the above-mentioned case. I am over 21 years old. I am making this Affidavit based on my own personal knowledge.
>
> My vehicle was involved in a motor vehicle accident on August 21, 2007 in Chambers County, Alabama. At the time of the accident, I was a resident of and domiciled in Oconee County, South Carolina.
>
> In August of 2003, I moved from Alabama to South Carolina. I moved in with my parents to help take care of them. My mother had been diagnosed with cancer of the throat, and my father was subsequently diagnosed with cancer as well. My address was and still is 508 Hartwell Drive, Seneca, South Carolina 29672-7577. I keep my clothes and personal property at this address.
>
> I have filed my state income taxes in South Carolina since moving in with my parents. I also obtained a South Carolina driver's license in 2003 or 2004. In February of 2005, I purchased a Mazda B3000 pick-up truck and that vehicle was registered in South Carolina. In July of 2007, I purchased a Ford Expedition and that vehicle was registered in South Carolina. I am registered to vote in South Carolina, and a copy of my voting card is attached hereto as Exhibit "1."
>
> I do not own a home in Alabama. My wife, Elizabeth, and I have been separated since 2003. She lives in Alabama. I also have three step-children who live in Alabama. I have been disabled since 2001. As such, from time to time, I have traveled to Alabama to spend time with my family.



EXHIBIT A

At the time of the filing of this lawsuit, which was September 25, 2007, I was a resident of South Carolina, and I intended on remaining in South Carolina. I have no intent to permanently reside in Alabama. My domicile is in South Carolina, which is where I intend to live.

*Douglas A. Geist*
Douglas A. Geist

STATE OF SOUTH CAROLINA

OCONEE COUNTY

I, the undersigned, a Notary Public in and for said County and said State, hereby certify that Douglas A. Geist, whose name is signed to the foregoing Affidavit, and who is known to me, acknowledged before me on this date that, being informed of the contents of the instrument, he executed the same voluntarily on the day the same bears date.

Douglas A Geist: SCOL#004101843

Given under my hand this 15th day of December, 2007.

NOTARY PUBLIC

My Commission Expires on:

Feb. 11, 2015

2

**STATE OF S.C. VOTER REGISTRATION NOTIFICATION**

COUNTY: OCONEE
PRECINCT: RAVENEL

REG. NO: 5 409 863
REG. DATE: 09-22-2003

GEIST, DOUGLAS A
508 HARTWELL DR
SENECA                          29672

*Douglas A Geist*
SIGNATURE OF ELECTOR

FOLD HERE

SEX: M    RACE: W    DOB: 04-26-1958

SOCIAL SECURITY NUMBER: 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

VOTE AT:
SHILOH CORINTH FIRE STAT
940 OLD CLEMSON HWY

MEMBER, CLERK OR DEPUTY OF THIS BOARD OF REGISTRATION

**EXHIBIT 1**