IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| TROY BLANTON, and PEGGY BLANTON, )<br>　）<br>　　Plaintiffs, ）<br>　）<br>v. ） Case No.  3:07-cv-00980-WKW-TFM<br>　）<br>DOUGLAS A. GEIST and STATE FARM ）<br>MUTUAL AUTOMOBILE INSURANCE ）<br>COMPANY, ）<br>　）<br>　　Defendants. | |

### MOTION TO TAKE DEPOSITION OF THE DEFENDANT, DOUGLAS A. GEIST

COMES NOW the plaintiff, in the above-styled cause and moves this Honorable Court for an Order directing the defendant, Douglas A. Geist, to submit to an oral examination by deposition and grounds thereof state the following:

1) The Defendant sought removal of the instant case to Federal District Court and as grounds therefore stated that he was and is a citizen of a foreign state, to wit; South Carolina.

2) The Plaintiff seeks to question the Defendant on his residency status, then and now, as a result of the statements made at the scene of the automobile accident in question to the investigating officers and others present at the trial.

3) The Defendant's attorney has refused to make the defendant available for deposition based on rumors or other information that criminal charges may be placed against the defendant and that answering questions in a deposition may prejudice his due process rights.

4) The Plaintiff seeks to have the case remanded to State Court and desires to address all issues of fact as well as those issues dealing with the residency issue raised by the defendant in his petition to remove the case to Federal District Court.

5) The lawyers have discussed the issues aforementioned and seek the Court's direction on how to proceed.

            Respectfully Submitted,

            /s/Timothy L. Dillard
            Timothy L. Dillard
            DILLARD AND ASSOCIATES, L.L.C
            Fourth Floor, Berry Building
            2015 Second Avenue North
            Birmingham, Alabama 35203
            Telephone: (205) 251-2823
            Fax: (205) 251-3832

## **CERTIFICATE OF SERVICE**

   I hereby certify that on this the 6th day of February, 2008, I have served a copy of the above and foregoing to the following CM/ECF participants and on all parties of record by United States Mail, first class, postage prepaid and properly addressed, as follows:

T. Randall Lyons, Esq.
Webster, Henry & Lyons, P.C.
Auburn Bank Center
132 N. Gay Street, Suite 211
Auburn, AL 36830

Stanley A. Martin, Esquire
S. Allen Martin, Jr., Esquire
Post Office Box 2526
Opelika, Alabama 36803-2526

            /s/Timothy L. Dillard
            OF COUNSEL