IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| TROY BLANTON and <br> PEGGY BLANTON, <br> <br> Plaintiffs, <br> <br> v. <br> <br> DOUGLAS A. GEIST and STATE <br> FARM MUTUAL AUTOMOBILE <br> INSURANCE COMPANY, <br> <br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) CASE NO. 3:07-cv-980-WKW <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## ORDER

Upon of review and consideration of Plaintiff's *Motion to Take Deposition of the Defendant, Douglas A. Geist* (Doc. 14, filed February 6, 2008), it is

**ORDERED** that Defendant Geist show cause why this motion should not be granted on or before **February 13, 2008**.

DONE this 7th day of February, 2008.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE