IN THE DISTRICT COURT OF THE UNITED STATES FOR THE
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| **TROY BLANTON and PEGGY BLANTON,** | * * * | |
| Plaintiffs, | * * | **Civil Action Number:** |
| v. | * * | **3:07cv-980-WKW** |
| **DOUGLAS A. GEIST, et al.,** | * * | |
| Defendants. | * | |

### DEFENDANT DOUGLAS A. GEIST'S RESPONSE IN OPPOSITION TO PLAINTIFFS' MOTION TO TAKE DEPOSITION OF THE DEFENDANT

Comes now the Defendant Douglas A. Geist (hereinafter, the "Defendant") in the above-captioned matter and requests that the Court deny the Motion to Take Deposition of the Defendant filed by the Plaintiffs Troy Blanton and Peggy Blanton (hereinafter, the "Plaintiffs"), and as grounds in support thereof states as follows:

1. On October 31, 2007, the Defendant timely filed a Notice of Removal on the basis of diversity jurisdiction. On November 29, 2007, the Plaintiffs filed a Motion to Remand.

2. The Defendant filed an Evidentiary Submission in Opposition to Plaintiffs' Motion to Remand and a Brief in Opposition to Plaintiffs' Motion to Remand.

3. The Plaintiffs did not file a Reply Brief.

4. Counsel for the Defendant has spoken with counsel for the Plaintiffs regarding discovery in this case, including the deposition of the Defendant.

5. During this conversation, counsel for the Plaintiffs informed the Defendant's counsel that he had heard criminal charges were going to be brought against the Defendant arising out of the motor vehicle accident which is the subject of this case.

6. In response to this information, counsel for the Defendant stated that he may need to object to any discovery propounded on the Defendant, including a Notice of Deposition, in order to protect the Defendant's right against self-incrimination, as guaranteed by the United States Constitution and the Alabama Constitution.

7. Counsel for the Plaintiffs and counsel for the Defendant agreed, however, that discovery could not be conducted until the parties had their Rule 26(f) conference, which has not taken place and has not been ordered to take place by the Court.

8. While formal proceedings have not been instituted against the Defendant, the officer's opinion on the accident report noted alcohol. *See* Exhibit "A" to Plaintiffs' Motion to Remand.

9. Because of the potential for criminal charges to be brought against the Defendant, the Plaintiffs should not be allowed to take the deposition of the Defendant at this time.

10. In order to protect the Defendant's right against self-incrimination, the Defendant respectfully requests that the Court deny the Plaintiffs' Motion.

>s/ S. Allen Martin, Jr.
>Stanley A. Martin (MAR049)
>S. Allen Martin, Jr.  (MAR149)
>Post Office Box 2526
>Opelika, Alabama 36803-2526
>(334) 749-4142
>(334) 749-4131 (FAX)
>Attorneys for Defendant Douglas A. Geist
>amartin@stanmartinlaw.com
>smartin@stanmartinlaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that I have on this 13th day of February, 2008, electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

>Honorable Timothy L. Dillard
>Fourth Floor, Berry Building
>2015 2nd Avenue North, Suite 400
>Birmingham, Alabama 35203

>Honorable T. Randall Lyons
>Webster, Henry, Lyons & White, P.C.
>132 N. Gay Street, Suite 209
>Auburn, Alabama 36830

>s/ S. Allen Martin, Jr.
>Stanley A. Martin
>S. Allen Martin, Jr.

3