IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| TROY BLANTON and </br>PEGGY BLANTON, </br></br>    Plaintiffs, </br></br>v. </br></br>DOUGLAS A. GEIST and STATE </br>FARM MUTUAL AUTOMOBILE </br>INSURANCE COMPANY, </br></br>    Defendants. | ) </br>) </br>) </br>) </br>) </br>) </br>) </br>) </br>) </br>) </br>) </br>) </br>)     CASE NO. 3:07-cv-980-WKW |

## ORDER

Upon of review and consideration of Plaintiff's *Motion to Take Deposition of the Defendant, Douglas A. Geist* (Doc. 14, filed February 6, 2008) and in light of the pending Motion to Remand, it is **ORDERED** that the *Motion to Take Deposition of the Defendant, Douglas A. Geist* (Doc. 14) is **DENIED** without prejudice.

DONE this 13th day of February, 2008.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE