IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| TROY BLANTON, and PEGGY BLANTON, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Case No.   3:07-cv-00980-WKW-TFM |
| | ) |
| DOUGLAS A. GEIST and STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, | ) ) ) |
| | ) |
| Defendants. | |

**PLAINTIFFS, TROY BLANTON AND PEGGY BLANTONS' INITIAL DISCLOSURES**

Comes now the Plaintiffs, Troy Blanton and Peggy Blanton (hereinafter, the "Plaintiffs) and hereby make the following Initial Disclosures pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure and the Report of Discovery Planning Meeting.  These Disclosures are not intended, and should not be construed, as a waiver of any objection to the production, use or admission into evidence of any document or information that the Plaintiffs may be legally entitled to assert during the discovery of trial of this action.  The Plaintiffs reserve the right to amend their Disclosures in accordance with Rule 26.

A.   **Disclosures under Rule 26(a)(1)(A)**

The Plaintiffs submit the following list of names and addresses of witnesses they may offer at the trial of this case.  The Plaintiffs have attempted to list all witnesses they may offer as a part of the Plaintiffs evidence, and they have also attempted to anticipate those witnesses needed for rebuttal and impeachment; however, depending on the evidence offered by the Defendants at the trial of this case, there may be the possibility of other rebuttal or impeachment witnesses.  There will probably be additional witnesses discovered at the time of the taking of

depositions or other discovery subsequent to the exchange of this disclosure statement. The Plaintiffs reserve the right to supplement this disclosure, as discovery has only recently commenced. No depositions have been taken yet. The list of witnesses is as follows:

1) Troy Blanton
   5409 County Road 62
   Lafayette, AL 36862

2) Peggy Blanton
   5409 County Road 62
   Lafayette, AL 36862

3) Douglas A. Geist
   508 Hartwell Drive
   Seneca, SC 29672-7577

4) East Alabama Medical Center
   2000 Pepperell Parkway
   Opelika, AL 36801

5) Dr. John W. Mitchell
   2000 Peperell Parkway
   Opelika, AL 36801

6) Dr. David Pate
   2000 Pepperell Parkway, Building 5
   Opelika, AL 36801

7) Lanier Health Services
   P.O. Box 348
   Valley, AL 36854

8) Dr. David McKenzie
   121 North 20th Street, #19
   Opelika, AL 36801

9) Medicaid
   P.O. Box 12647
   Birmingham, AL 35202-6647

10) Care Ambulance
    P.O. Box 530481
    Atlanta, GA 30353-0481

11)     Alabama Ear, Nose & Throat, P.C.
        1965 1st Avenue
        Opelika, AL 36801

12)     Emergency Transport Systems
        2000 Pepperell Pkwy
        Opelika, AL 36801

13)     Dr. Terry Vester
        140 1st Street, SE
        Lafayette, AL 36862

14)     East Alabama Paving Co.
        P.O. Box 2630
        Opelika, AL 36803

15)     Alabama Imaging, P.C.
        122 N. 20th Street, Bldg. 22
        Opelika, AL 36801

16)     Dr. Max Shiver
        2 48th Street
        Valley, AL 36854

17)     Advanced Cardiovascular Care
        2123 Executive Park Drive
        Opelika, AL 36801

18)     Trooper E. Lashley
        1220 Fox Run Parkway
        Opelika, AL 36801

19)     William Lemmond
        State Farm Insurance Company
        3320 Skyway Drive, Suite 808
        Opelika, AL 36801

**B.**     **Disclosures under Rule 26(a)(1)(B)**

        The Plaintiffs cannot specifically identify and/or make available for inspection and copying or produce the documents of which they are aware and which relate specifically to this case, as discovery has only recently commenced. No depositions have been taken yet. The

Plaintiffs reserve the right to supplement this disclosure.

C. **Disclosures under Rule 26(a)(1)(C)**

D. **Disclosures under Rule 26(a)(1)(D)**

Done this, the 2nd day of July, 2008.

                          Respectfully Submitted,

                          /s/Timothy L. Dillard
                          Timothy L. Dillard
                          DILLARD AND ASSOCIATES, L.L.C
                          Fourth Floor, Berry Building
                          2015 Second Avenue North
                          Birmingham, Alabama 35203
                          Telephone: (205) 251-2823
                          Fax: (205) 251-3832

## CERTIFICATE OF SERVICE

I hereby certify that on this the 2nd day of July, 2008, I have served a copy of the above and foregoing to the following CM/ECF participants and on all parties of record by United States Mail, first class, postage prepaid and properly addressed, as follows:

T. Randall Lyons, Esq.
Webster, Henry & Lyons, P.C.
Auburn Bank Center
132 N. Gay Street, Suite 211
Auburn, AL 36830

Stanley A. Martin, Esquire
S. Allen Martin, Jr., Esquire
Post Office Box 2526
Opelika, Alabama 36803-2526

                          /s/Timothy L. Dillard
                          OF COUNSEL